Philip D. Stern, Esq.
Andrew T. Thomasson, Esq.
STERN•THOMASSON LLP
150 Morris Avenue, 2nd Floor
Springfield, NJ 07081-1329
Telephone: (973) 379-7500

*Attorneys for Plaintiff, Eric Pease*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC PEASE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA; HUDSON LAW OFFICES, P.C.; and JOHN DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:17-cv-00545-KSH-CLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, ERIC PEASE, hereby gives notice of dismissal of this action in its entirety with prejudice as to Plaintiff, and without prejudice to the rights of the unnamed putative class members, without further costs or disbursements.

　　　　　　　　　　　　　　　　　STERN•THOMASSON LLP
　　　　　　　　　　　　　　　　　Representing Plaintiff, Eric Pease

Dated: March 20, 2017　　　　　　　*s/ Andrew T. Thomasson*
　　　　　　　　　　　　　　　　　Andrew T. Thomasson

SO ORDERED: /s/ Katharine S. Hayden
KATHARINE S. HAYDEN, U.S.D.J.
DATE: 3/20/17

Page 1 of 1